IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| MCLEAN YOUTH ATHLETICS and | ) | |
| MCLEAN YOUTH LACROSSE | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:13CV1257 CMH/JFA |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF INTERIOR NATIONAL PARK | ) | |
| SERVICE | ) | |
| | ) | |
| Defendant | ) | |

## DECLARATION

I, David Morris, declare as follows in support of McLean Youth Athletics and McLean Youth Lacrosse:

1. I am a member of the Board of Directors of Plaintiffs.

2. Plaintiffs operate a youth lacrosse league in McLean and Fairfax County that services hundreds of youth lacrosse players and scores of teams. It is a wonderful team sport that brings tremendous benefits to the physical and mental well-being of these youth players. Plaintiffs are supported by many volunteers who take their valuable time to administer and coach these youth players. Parents of these youth players pay significant fees each season to support Plaintiffs.

3. Without playing fields, Plaintiffs cannot operate. To support the league Plaintiffs obtained a permit from Fairfax County Park Authority to use the fields at Langley Forks Park in Fairfax County daily for the fall of 2013 in return for a payment of $5,000.

4. Langley Forks Park sits on federal property and is controlled by the United States Department of Interior National Park Service. The United States government has turned over the management and administration of Langley Forks Park to Fairfax County Park Authority.

5. On October 1, 2013 the United States Department of Interior National Park Service ordered the Fairfax County Park Authority to close Langley Forks Park when the government closed.

6. This closure has caused immediate and irreparable injury to Plaintiffs and to its youth players. Plaintiffs have sought alternative fields to practice and play on, and have been unsuccessful, as the youth lacrosse league competes for fields with many other youth sports in Fairfax County. Plaintiffs were unable to use the fields daily since October 1, 2013.

7. A temporary restraining order to re-open Langley Forks Park is the only remedy that will stop this continuing injury.

I declare under penalty of perjury that this declaration is true to the best of my belief.

David Morris

Date: October 8, 2013