IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| MCLEAN YOUTH ATHLETICS and MCLEAN YOUTH LACROSSE | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:13CV1257 (LOG/JFA) |
| UNITED STATES DEPARTMENT OF INTERIOR NATIONAL PARK SERVICE | ) ) ) ) | |
| Defendant. | | |

## NOTICE OF VOLUNTARY DISMISSAL

The National Park Service having complied with this Court's Order of October 9, 2013, and having directed the Fairfax County Park Authority that it may keep Langley Forks Park open throughout the duration of the lapse in appropriations, Plaintiffs hereby VOLUNTARILY DISMISS their claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

_____/s/_____
Alan Yamamoto, Esq.
VSB No. 25872
Counsel for Plaintiffs
643 South Washington St.
Alexandria, VA 22314
Tel: (703) 684-4700
yamamoto.law@verizon.net

Counsel for Plaintiffs